ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934    Telephone
(559) 784-3431    Facsimile

Attorneys for Appellant


UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| JESSE ORTEGA， <br><br>　　Appellant, <br><br>vs <br><br>COMMISSIONER of <br>SOCIAL SECURITY, <br><br>　　Defendant. <br>_____ | CASE NO: CIV-F 05-0681 <br>REC DLB <br><br>STIPULATION and ORDER <br>to <br>EXTEND TIME |

The parties, through their respective counsel, stipulate that Appellant's time to submit his Opening Brief be extended from January 4, 2006 to February 3, 2006.

/ / / / /                                                                                                           \ \ \ \ \

/ / / / /                                                                                                           \ \ \ \ \

/ / / / /                                                                                                           \ \ \ \ \

This is the Appellant's first request for an extension of time to prepare the Opening Brief.  The Appellant needs additional time to prepare the Opening Brief.

Respectfully submitted,

Dated:   December 21, 2005

/s/ Robert D. Christenson
**ROBERT D. CHRISTENSON**
Attorney for Plaintiff

Dated:  December 22, 2005

**McGREGOR W. SCOTT**
United States Attorney

/s/Kimberly A. Gaab
**KIMBERLY A. GAAB**
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **December 27, 2005**
3c0hj8

          /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE