```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KIMBERLY A. GAAB
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street, Ste. 4401
   | Fresno, CA 93720
 4 | Telephone Number (559) 497-4036
   | Attorneys for Defendant
 5 |
 6 |
 7 |            IN THE UNITED STATES DISTRICT COURT FOR THE
 8 |                   EASTERN DISTRICT OF CALIFORNIA
 9 | JESSE ORTEGA,                  )   1:05-cv-0681 DLB
   |                                )
10 |           Plaintiff,            )   STIPULATION AND
   |                                )   ORDER TO EXTEND
11 |      v.                         )   TIME
   |                                )
12 | JO ANNE B. BARNHART,            )
   | Commissioner of Social         )
13 | Security,                       )
   |                                )
14 |           Defendant.            )
   | _____)
15 |
16 |      The parties, through their respective counsel, stipulate that
17 | the time for filing defendant's opposition to plaintiff's opening
18 | brief be extended from March 6, 2006 to April 5, 2006.
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 |
```

1  This is defendant's first request for an extension of time to
2 file a response to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response in
4 this matter.

                                        Respectfully submitted,


Dated: March 6, 2006            /s/ Robert D. Christenson
                                (As authorized via facsimile)
                                ROBERT D. CHRISTENSON
                                Attorney for Plaintiff



Dated: March 6, 2006            McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kimberly A. Gaab
                                KIMBERLY A. GAAB
                                Assistant U.S. Attorney

     IT IS SO ORDERED.

     **Dated:   March 7, 2006**                **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE