McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
Federal Building
2500 Tulare St., Ste 4401
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ORTEGA, | 1:05-CV-0681 DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| | REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct an Administrative Law Judge to take the following action:

1. Obtain evidence from a vocational expert to clarify the effect of Plaintiff's nonexertional limitations on his occupational base; and,

2. Properly address the medical evidence and Plaintiff's subjective complaints.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

Dated: March 28, 2006        /s/ Robert D. Christenson
                                     (As authorized via facsimile)
                                     ROBERT D. CHRISTENSON
                                     Attorney for Plaintiff

Dated: March 30, 2006        McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Kimberly A. Gaab
                                     KIMBERLY A. GAAB
                                     Assistant U.S. Attorney

    IT IS SO ORDERED.

    **Dated:  April 3, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE