```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4036

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ORTEGA, | 1:05-cv-0681 DLB |
| Plaintiff, | STIPULATION AND ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of ONE THOUSAND, FOUR HUNDRED DOLLARS, AND SIXTY CENTS ($1,400.60).  This amount represents compensation for legal services rendered on behalf of plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

///

///

///

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                              Respectfully submitted,

Dated: May 1, 2006        /s/ Robert D. Christenson
                                (As authorized via facsimile)
                                ROBERT D. CHRISTENSON
                                Attorney for Plaintiff

Dated: May 3, 2006        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kimberly A. Gaab
                                KIMBERLY A. GAAB
                                Assistant U.S. Attorney

    IT IS SO ORDERED.

    **Dated:   May 3, 2006**                **/s/ Dennis L. Beck**
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE